AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00327 |
| Russell Dean Alford | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 3/22/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Russell Dean Alford ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 03/22/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.22 12:50:07 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE

*Printed name and title*

---

**Return**

This warrant was received on *(date)* Approx 27MAR21, and the person was arrested on *(date)* 29MAR21
at *(city and state)* USMS Birmingham, AZ

Date: 29 MAR 2021

*Arresting officer's signature*

SA MICHAEL L. MCMILLIAN, FBI
*Printed name and title*