UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUSSELL DEAN ALFORD,

Defendant.

Criminal Action No. 21-cr-0263 (TSC)

## JURY VERDICT FORM

**Count One:**
18 U.S.C. § 1752(a)(1)

_____ Not Guilty     ✓ Guilty

**Count Two:**
18 U.S.C. § 1752(a)(2)

_____ Not Guilty     ✓ Guilty

**Count Three:**
40 U.S.C. § 5104(e)(2)(D)

_____ Not Guilty     ✓ Guilty

**Count Four:**
40 U.S.C. § 5104(e)(2)(G)

_____ Not Guilty     ✓ Guilty