# Exhibit 1

COL (ret) Leonard H. Kiser

Hokes Bluff, Alabama 35903

The Honorable Tanya S. Chutkan
U.S. District Court
333 Constitution Avenue, NW
Washington, D.C. 20001

Honorable Judge Chutkan,

This letter is to provide the Honorable Court with additional information regarding Mr. Russell (Rusty) Alford, my experiences with him and my perspectives as to his character.

These perspectives draw from my experiences as a retired Alabama State Law Enforcement Supervisor (23 years) and as a retired U.S. Army Special Forces Colonel (39 years). I am a resident of Hokes Bluff, Alabama where I formerly served on the Municipal Council as the Public Safety Commissioner. Also, I served as an assistant professor of Criminal Justice at the local community college for six years.

I am aware of Mr. Alford's activities on January 06, 2021 at the U.S. Capital, his subsequent arrest and conviction in your Court.

Rusty first came to my attention more than 10 years ago when he opened an auto body shop in Hokes Bluff. I approached him about doing some body work and painting a vehicle. I found that his work was excellent and his prices were fair. This initial experience led me to use his services numerous times on autos and watercraft, he is currently repairing and painting a truck for me.

Rusty moved from California to Hokes Bluff to care for his mother who had become chronically ill and was bedbound. He cared for her for more than 12 years. His loyalty and devotion to his mother was exemplary and admirable.

Rusty and I routinely see each other at least once per week as we are both members of a local men's breakfast club which meets every Wednesday at a local restaurant. It is a diverse group and there are always a wide range of subjects discussed during the meetings. Rusty is always courteous, attentive and never enters into an argument.

Based upon my experiences with Rusty, I have found him to be an honest, loyal and forthright individual. He has never displayed anger in my presence and I have never heard anyone that has had an issue with him. Further, I have found him to be a strong supporter of the U.S. Military, law enforcement, children and animal welfare. In my judgement he has no propensity for violence and is a patriotic American. He has expressed to me his regret for becoming involved in the Capitol riot and I am certain of his sincerity.

It is my hope that the Honorable Court will consider my above input and will grant leniency in this case. Thank you for your consideration and should you desire additional information, my number is 

Sincerely

Leonard H. Kiser
COL (ret), SF