**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case no. 1:21-cr-00263-TSC |
| | ) |
| RUSSELL DEAN ALFORD | ) |

## NOTICE OF APPEAL

COMES NOW, the Defendant Russell Dean Alford, by and through his undersigned counsel of record, the Office of the Federal Public Defender, and files this notice of appeal of the Judgment signed on February 8, 2023 and entered on February 13, 2023 (Doc.110). Mr. Alford has previously been found to be indigent and entitled to appointed counsel. He is therefore entitled, pursuant to 18 U.S.C. § 3006A(d)(7), to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by 28 U.S.C. § 1915(a).

This 14th day of February, 2023.

                              Respectfully submitted,

                              KEVIN L. BUTLER
                              Federal Public Defender

                              TOBIE J. SMITH
                              Appellate Attorney

                              ***/s/ James Gibson***
                              James Gibson
                              Trial Chief
                              Assistant Federal Public Defender
                              505 20th Street North, Suite 1425
                              Birmingham, AL 35203
                              (205) 208-7170
                              James_Gibson@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Respectfully submitted,

*/s/ James Gibson*