**In the United States District Court**
**For the District of Columbia**

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| v. | )   Case No. 1:21-cr-00263-TSC |
| | ) |
| **Russell Dean Alford** | ) |

## Unopposed Motion to Extend Self-Surrender Date

Mr. Russell D. Alford, by and through counsel and without opposition from the United States, moves this Honorable Court for a 60-day extension of the date by which he must self-surrender to Bureau of Prisons (BOP) custody. In support, Mr. Alford respectfully submits the following:

1. Mr. Alford, after being charged by Information with four misdemeanor offenses, was placed on bond on March 29, 2021.[1]

2. Following a jury trial, Mr. Alford was adjudged guilty on all four counts on October 5, 2022.[2]

3. On February 2, 2023, this Court sentenced Mr. Alford to serve 12 months in BOP custody, to be followed by a 12-month term of supervised release.[3] The Court further ordered Mr. Alford to pay $500 in restitution to the Architect of the Capitol, and a total of $70 in special assessments.[4]

---

[1] ECF No. 4, N.D. Ala. case no. 2:21-mj-00079-GMB (Rule 5 proceeding).

[2] ECF No. 94.

[3] ECF No. 110 at 2-3.

[4] *Id.* at 6-7.

1

4. Mr. Alford has received his BOP designation and has been directed to report to that facility on March 23, 2023.

5. Mr. Alford has worked diligently to arrange his personal affairs in advance of his self-surrender date, including his financial obligations in connection with this case, and otherwise. Mr. Alford will this week be sending payment, via U.S. Mail, to satisfy in full the special assessment and restitution ordered by this Court. However, Mr. Alford is still in the process of working with the holder of the mortgages on his business and residence to negotiate an up-front payment that will enable him to avoid default and foreclosure while he is incarcerated and unable to make his monthly payments. It is anticipated that the requested extension of time would enable Mr. Alford to finalize such arrangements and save the necessary funds to make a lump sum pre-payment.

6. Counsel has conferred with Assistant U.S. Attorney Michael Romano, who advised that the United States does not oppose Mr. Alford's request for a 60-day extension.

7. Mr. Alford has been on bond for nearly two years and has remained fully compliant with all terms and conditions of his release—before, during, and after his trial and sentencing hearing.

For all of these reasons, Mr. Alford respectfully requests the Court grant the requested relief.

> Respectfully submitted,
>
> KEVIN L. BUTLER
> Federal Public Defender

>Northern District of Alabama
>
>**/s/ James Gibson**
>JAMES GIBSON
>Trial Chief
>Assistant Federal Public Defender
>505 20th Street North, Suite 1425
>Birmingham, Alabama 35203
>(205) 208-7170
>James_Gibson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

>Respectfully submitted,
>
>**/s/ James Gibson**
>JAMES GIBSON